UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
ALFRED TRIPPETT, on behalf of himself and all
Others similarly situated,

                       Plaintiffs,

    -against-

GOLDEN KRUST CARRIBEAN BAKERY, INC.,

Civil Action No. 1:25-cv-249

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDUCE**

                       Defendant.
_____x

      Plaintiff Alfred Trippett, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice.

      Dated: January 24, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq .
  *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com